# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB<br><br>Plaintiffs<br><br>v.<br><br>BRIDEWELL PROPERTIES, LIMITED, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 2:15-cv-08015-BRO-E<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendant BRIDEWELL PROPERTIES, LIMITED, A CALIFORNIA LIMITED PARTNERSHIP be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 2:15-cv-08015-BRO-E.

**IT IS HEREBY ORDERED**

Dated: March 31, 2016  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE